AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEAN CARLO RAMIREZ-CARRANZA,

        Petitioner,

V.

STACEY N. STONE, Warden,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV322-054

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's November 2, 2022 Order adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, the Respondents' Motions to Dismiss are granted and Petitioner's civil action is dismissed without prejudice. This case stands closed.

11/2/2022  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020